RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7-19-06
BY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **RODNEY RICHARDSON** | **CIVIL ACTION NO. 06-539-P** |
| **VERSUS** | **JUDGE STAGG** |
| **STATE OF LOUISIANA** | **MAGISTRATE JUDGE HORNSBY** |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's petition is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 18th day of July 2006.

TOM STAGG
UNITED STATES DISTRICT JUDGE